IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | | Docket No.  1:04CR10-006 (S) |
| ) | | |
| **WILLIE HINES** ) | | |
| _____ ) | | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on September 18, 2006.

**IT IS HEREBY ORDERED** that final disposition of this case is continued until 1:30 p.m. on May 7, 2007, and supervision is modified with the following additional conditions:

The defendant shall seek better employment in the Gainesville/Starke, Florida area.

The defendant shall complete a monthly employment search form and submit it to the probation office each month.

The defendant shall participate in an employment skills assessment at the Alachua One Stop Center in Gainesville, Florida.

All other conditions previously imposed shall remain in full force and effect.

DONE AND ORDERED this   27th   day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge