IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                      **CASE NO.: 1:04-CR-010-SPM**

**WILLIE HINES,**

    Defendant.

_____/

**ORDER CONTINUING REVOCATION HEARING**

**THIS CAUSE** comes before the Court upon the "Amended Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 538) filed May 1, 2007, in which defense counsel requests a continuance in order to confer with his client on the three new alleged violations contained in an amended petition filed April 30, 2007.

For good cause shown, it is

**ORDERED AND ADJUDGED** that the motion (doc. 538) is *granted* and the hearing is reset for **Monday, June 4, 2007** at **1:30pm** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>second</u> day of May, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge