IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                  **CASE NO.: 1:04-CR-010-SPM**

**WILLIE HINES,**

    **Defendant.**

_____/

## ORDER CONTINUING REVOCATION HEARING

Upon consideration, the "Defendant's Motion to Continue (One Day) Revocation Hearing" (doc. 544) is granted. The hearing is reset for 1:30 p.m. on Tuesday, June 5, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 24th day of May, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge