IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 1:04-CR-010-SPM

WILLIE HINES,

    Defendant.

_____/

### ORDER ON REVOCATION HEARING

**THIS CAUSE** comes before the Court upon the revocation hearing held at 1:30pm on June 5, 2007. Having considered the matter, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant shall remain in custody for thirty days.

2. Upon Defendant's payment to the Clerk of Court of a minimum of **$2,500**, to be paid only by cash or certified check, the Court will review the status of this case.

3. The Clerk of Court shall notify the Court upon Defendant's payment of at least $2,500.

4. If no payment is made, the Clerk shall notify the Court at the end of the thirty-day period.

**DONE AND ORDERED** this fifth day of June, 2007.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge