IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                           **CASE NO.: 1:04-CR-010-SPM**

**WILLIE HINES,**

    **Defendant.**

_____/

**ORDER SETTING REVIEW DATE**

**THIS CAUSE** comes *sua sponte* before the Court, which has been advised that Defendant has paid $2,500 toward his restitution obligations. Having considered the matter, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court will review this case in thirty days.

2. The clerk shall notify the Court at the end of the thirty-day period that review is needed.

3. The clerk shall notify the Court if Defendant makes any additional restitution payments during the thirty-day period.

4. The clerk shall mail a copy of this order to Defendant at the Dixie County Jail.

**DONE AND ORDERED** this <u>sixth</u> day of June, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge