UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No.: 1:04-CR-10-SPM

WILLIE J. HINES,

    Defendant.

_____/

## ORDER OF RELEASE

On July 9, 2007, during his violation of supervised release hearing, Defendant Hines requested to be released by the U.S. Marshall Service from the Courthouse instead of having to return to the jail. The Court verbally approved this request.

This order officially memorializes the court's verbal ruling during the hearing.

**SO ORDERED** this <u>eleventh</u> day of July, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge