**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No.: 1:04-CR-10-SPM

WILLIE J. HINES,

    Defendant.

_____/

**ORDER ON VIOLATION OF SUPERVISED RELEASE**

On August 12, 2008, Defendant appeared before this Court for a hearing on the petition for revocation of his supervised release.  Upon consideration of the evidence and arguments presented by the Defendant and the Government, Court imposed the following sentence:

- Ten (10) months imprisonment in a Bureau of Prisons' halfway house facility, suspended.

- During the period of suspension, which shall last for sixty (60) days from August 12, 2008, Defendant shall continue under the same conditions of supervision previously imposed and shall obtain gainful employment.

- At the end of the sixty-day period, any violation, specifically a failure to find and maintain gainful employment, will trigger the ten- month suspended sentence of imprisonment and may result in an additional sentence for the new violation.

Defendant shall appear before this Court on Monday, **October 6, 2008** for a status conference.

DONE AND ORDERED this twenty-ninth day of August, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge