**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                  CASE NO.: 1:04-CR-10-SPM/AK-6

WILLIE J. HINES,

     Defendant.
_____/

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue the Violation of Supervised Release Hearing (doc. 742), it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Motion to Continue (doc. 742) is GRANTED.

    2.    The Violation of Supervised Release hearing will begin at 1:30 p.m. on September 6, 2011.

SO ORDERED this <u>twenty-ninth</u> day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge